Jason M. Ayres, OSB #00196
Field & Associates
610 SW Alder, Suite 910
Portland, OR 97205
(503) 228-9115
e mail: jason@fieldlawfirm.com
    Attorney for Creditor Roman Ozeruga

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05 JUN 21 P12:16

LODGED_____ REC'D__ EB__
PAID_____ DOCKETED_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Diane L. Brinker,<br><br>    Debtor. | Case No. 05-36889-elp13<br><br>NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS |

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Jason M. Ayres hereby enters appearance on behalf Roman Ozeruga, a creditor of the debtor.

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, Jason M. Ayres requests that an entry be made on the clerk's matrix in this case and that all notices, given or required to be given, and all documents served or required to be served in this case be given to and served upon the person set forth below:

Jason M. Ayres
Field & Associates
610 SW Alder Street, Suite 910
Portland, OR 97205
E mail: jason@fieldlawfirm.com

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, whether transmitted

Page 1 of 2
Notice of Appearance,
Request for Matrix Entry,
and Request for Service

*In re Brinker*

Field & Associates
Attorneys at Law
610 SW Alder St., Ste. 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276

Case 05-36889-elp13    Doc 9    Filed 06/21/05

| | |
|---|---|
| 1 | or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier, or |
| 2 | otherwise, and whether directed to parties in interest, generally or specifically.  This request |
| 3 | applies to documents served both before and after the last date upon which a proof of claim may |
| 4 | be filed. |
| 5 | Dated June 20, 2005. |

*(signature)*

Jason M. Ayres, OSB #00196
Field & Associates
610 SW Alder, Suite 910
Portland, OR 97205
(503) 228-9115
e mail: jason@fieldlawfirm.com

Page 2 of 2
Notice of Appearance,
Request for Matrix Entry,
and Request for Service

*In re Brinker*

Field & Associates
Attorneys at Law
610 SW Alder St., Ste. 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276

Case 05-36889-elp13    Doc 9    Filed 06/21/05

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05 JUN 21 P12 :16

LODGED_____ REC'D EB
PAID_____ DOCKETED_____

Jason M. Ayres, OSB #00196
Field & Associates
610 SW Alder, Suite 910
Portland, OR 97205
(503) 228-9115
e mail: jason@fieldlawfirm.com
    Attorney for Roman Ozeruga

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Diane L. Brinker,<br><br>    Debtor. | Case No. 05-36889-elp13<br><br>CERTIFICATE OF MAILING |

I certify that I served on June 20, 2005:

1. Creditor Roman Ozeruga's Notice of Appearance, Request for Matrix Entry and Request for Service of Notice and Documents on the following parties via first class US Mail addressed as follows:

M. Caroline Cantrell, Esq.       Brian Lynch, Trustee
1500 NE Irving St., #100      1300 SW 5th Ave., Ste 1700
Portland, OR 97201      Portland, OR 97201

Dated June 20, 2005

*[signature]*
Jason M. Ayres, OSB #00196
Field & Associates
610 SW Alder, Suite 910
Portland, OR 97205
(503) 228-9115
e mail: jason@fieldlawfirm.com
Tel. (503) 228 9115

Page 1 of 1
Certificate of Mailing

*In re Brinker*

Field & Associates
Attorneys at Law
610 SW Alder St., Ste. 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276

Case 05-36889-elp13    Doc 9    Filed 06/21/05